UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **WILLIS COMMUNICATIONS, INC.** | **CIVIL ACTION 06-2033-A** |
| **VERSUS** | **U.S. DISTRICT JUDGE DEE DRELL** |
| **MICKEY WEAVER, et al.** | **U.S. MAGISTRATE JUDGE JAMES D. KIRK** |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion to Remand, **Doc. #23**, is GRANTED and this case is remanded to the 12th Judicial District Court, Parish of Avoyelles.

Sanctions are not imposed in conjunction with this remand.

**SIGNED**, in chambers, in Alexandria, Louisiana, on this 15th day of May 2007.

Dee D. Drell
United States District Judge